

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

SINCLAIR BROADCAST GROUP, )
INC., )
 )
 )
         Petitioner, )
 ) Case No.
    v. )
 )
FEDERAL COMMUNICATIONS )
COMMISSION and UNITED )
STATES OF AMERICA, )
 )
 )
         Respondents. )

14-1179

### PETITION FOR REVIEW OF FINAL ORDER
### ON INCENTIVE AUCTIONS

Pursuant to Section 402(a) of the Communications Act of 1934, 47 U.S.C. § 402(a), 28 U.S.C. § 2342-2344, and Federal Rule of Appellate Procedure 15, Sinclair Broadcast Group, Inc. ("Sinclair") hereby petitions this Court for review of the final order of the Federal Communications Commission ("Commission") captioned *Expanding the Economic and Innovative Opportunities of Spectrum Through Incentive Auctions,* Report and Order, GN Dkt. No. 12-268 (rel. June 2, 2014) ("Order"). This Order was published in the Federal Register on August 15, 2014. *See* 79 Fed. Reg. 48,442 (Aug. 15, 2014). A copy of the Order is attached as Exhibit A to this petition for review.

Venue lies in this Court pursuant to 28 U.S.C. § 2343.

404775610v1

Sinclair is a television broadcaster that holds licenses issued by the Commission. Sinclair participated in the proceedings below and is aggrieved and otherwise injured by the Order.

Sinclair seeks review of the Order on the grounds that it: (1) was adopted in excess of the Commission's authority; (2) violates the Middle Class Tax Relief and Job Creation Act of 2012, Pub. L. No. 112-96, 126 Stat. 156 (2012); (3) violates 47 U.S.C. § 309(j) and 47 U.S.C. § 1452; (4) is arbitrary, capricious, and an abuse of discretion under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(2); (5) violates Section 5(c) of the Communications Act of 1934, as amended, 47 U.S.C. § 155(c); and (6) is otherwise contrary to law.

Accordingly, Sinclair respectfully requests that this Court hold unlawful, vacate, enjoin, and set aside the Order and grant such additional relief as may be necessary and appropriate.

404775610v1

Dated: September 15, 2014

                                      Respectfully submitted,

                                      */s/ Thomas G. Allen*

                                      Clifford M. Harrington
                                        clifford.harrington@pillsburylaw.com
                                      John K. Hane
                                        john.hane@pillsburylaw.com
                                      Thomas G. Allen
                                        thomas.allen@pillsburylaw.com
                                      Pillsbury Winthrop Shaw Pittman LLP
                                      2300 N Street, N.W.
                                      Washington, D.C. 20037-1128
                                      Tel: (202) 663-8000
                                      Facsimile: (202) 663-8007

                                      Counsel for Sinclair Broadcast Group, Inc.

404775610v1

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and District of Columbia Circuit Rules 21 and 26.1, Sinclair Broadcast Group, Inc. ("Sinclair") hereby submits the following disclosure statement: Sinclair is a Maryland corporation that is publicly traded on the NASDAQ Stock Exchange [NASDAQ:SBGI].

Sinclair operates and provides programming and sales services to television stations in various cities across the country. Sinclair has no parent company and no publically traded company owns more than 10% of Sinclair's stock.

Dated: September 15, 2014

Respectfully submitted,

Clifford M. Harrington
 clifford.harrington@pillsburylaw.com
John K. Hane
 john.hane@pillsburylaw.com
Thomas G. Allen
 thomas.allen@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
Tel: (202) 663-8000
Facsimile: (202) 663-8007

Counsel for Sinclair Broadcast Group, Inc.

404775610v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September 2014, I caused a true and accurate copy of the foregoing to be served by on the following by the method indicated:

| | |
|---|---|
| Jonathan Sallet, Esq.<br>General Counsel<br>F.C.C.<br>445 12th Street, S.W.<br>Washington D.C. 20554 | The Honorable Eric Holder<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue N.W.<br>Washington D.C. 20530-0001 |
| **Via Hand Delivery** | **Via First Class Mail, Postage Prepaid** |

_____
Thomas G. Allen

404775610v1