# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1179**　　　　　　　　　　　　　　　**September Term, 2014**

**FCC-12-268**
**FCC-14-50**

**Filed On: September 16, 2014** [1512517]

Sinclair Broadcast Group, Inc.,

　　　　Petitioner

　　v.

Federal Communications Commission and
United States of America,

　　　　Respondents

## N O T I C E

　　This case was docketed on September 15, 2014. The Federal Communications CommissionFederal Communications Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on September 15, 2014, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

　　The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Laura M. Chipley
　　　　　　　　　　　　　　　　　　Deputy Clerk

Attachment:
　　Certified Copy of Petition for Review