# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 14-1179**                                                      **September Term, 2014**

FCC-12-268<br>FCC-14-50

Filed On: September 16, 2014 [1512519]

Sinclair Broadcast Group, Inc.,

      Petitioner

    v.

Federal Communications Commission and
United States of America,

      Respondents

## O R D E R

The petition for review in this case was filed and docketed on September 15, 2014, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 16, 2014 |
| Docketing Statement Form | October 16, 2014 |
| Procedural motions, if any | October 16, 2014 |
| Statement of Intent to Utilize Deferred Joint Appendix | October 16, 2014 |
| Statement of Issues to be Raised | October 16, 2014 |
| Underlying Decision from Which Appeal or Petition Arises | October 16, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | October 31, 2014 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1179**                                                                                   **September Term, 2014**

It is

    **FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form | October 16, 2014 |
| Procedural motions, if any | October 16, 2014 |
| Certified Index to the Record | October 31, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | October 31, 2014 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondents a certified copy of this order and a copy of the petition for review.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
               Laura M. Chipley
               Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases